IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHILLIP VARELA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0556 |
| | ) | Judge Trauger |
| | ) | Judge Knowles |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 20, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 19) to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This Order shall constitute the final judgment in this case.

It is so **ORDERED**.

ENTER this 10th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge